# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br>v.<br><br>Piero SANCHEZ CONDEMARIN (1)<br>Aracely REYES AGUILAR (2)<br><br>  Defendant. | Case No.: '21 MJ4251<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 18 U.S.C. § 111(a)(1)<br>Assault on a Federal Officer<br>(Felony) |
|---|---|

The undersigned complainant being duly sworn states:

On or about October 24, 2021 within the Southern District of California, defendants Piero SANCHEZ CONDERMARIN and Aracely REYES AGUILAR, did intentionally and forcibly assault a person named in Title 18, United States Code, Section 1114, to wit Department of Homeland Security, Customs and Border Protection Officer R. Cortez, in that defendants made physical contact with and forcibly pushed Officer R. Cortez while Officer R. Cortez was engaged in and on account of the performance of his official duties; in violation of Title 18, United States Code, Section 111(a)(1), a felony.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Special Agent John Christensen
Homeland Security Investigations

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 25th of October 2021.

HON. MICHAEL S. BERG
U.S. MAGISTRATE JUDGE

United States of America
　　　VS.
Piero SANCHEZ CODEMARIN

## STATEMENT OF FACTS

On October 24, 2021, at approximately 11:15 AM, Customs and Border Protection Officer (CBPO) R. Cortez observed three individuals attempt entry into the United States from Mexico on foot through the vehicle inspection lanes at the Otay Mesa, CA Port of Entry (POE). Two individuals (a male and female) walked ahead of a third (a male) at an increasing pace toward the limit line.

When passing through the vehicle lanes on foot, CBPO R. Cortez put up his hands in a gesture for the three individuals to stop. CBPO R. was standing approximately two to three feet from the limit line in the United States and was between a vehicle and a concrete barricade. Once the subjects were at approximately arm's length and in the United States, they attempted to force themselves past Officer R. Cortez with their bodies. He could feel two individuals, a male and a female, later identified as Piero SANCHEZ CONDEMARIN (hereafter referred to as "SANCHEZ") and Aracely REYES AGUILAR (hereafter referred to as "REYES") pushing into him and trying to take him to the ground.

CBPO R. Cortez managed to keep his footing and attempted to stop SANCHEZ and REYES by grabbing them both with each arm and taking them to the ground. CBPO E. Moran attempted to assist CBPO R. Cortez and instructed SANCHEZ to place his hands behind his back; SANCHEZ had both hands tucked under his stomach and did not move in response to CBPO E. Moran's instructions.  CBPO E. Moran pulled SANCHEZ's arms out

2

from under him and cuffed him behind SANCHEZ's back. While CBPO Moran was handcuffing SANCHEZ, REYES shouted that SANCHEZ was her husband and she was pregnant. CBPO E. Moran later identified SANCHEZ by his passport. While CBPO E. Moran was taking SANCHEZ into custody, CBPO R. Cortez handcuffed REYES.

During the altercation with SANCHEZ and REYES, CBPO R. Cortez felt a strain on his lower back. When CBPO R. Cortez stood up after SANCHEZ and REYES were handcuffed, he immediately felt pain and numbness in his lower back and tailbone area.

During a post-Miranda interview, SANCHEZ admitted that he had his hands in front of himself as he ran towards CBPO R. Cortez, but denied having made intentional contact.

During a separate post-Miranda interview, REYES denied having made physical contact or having ever been on top of another person.